FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 23 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>KORDION COUSINS, | Criminal Indictment<br>No. 1:26-CR-0449<br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

On or about December 2, 2025, in the Northern District of Georgia, the defendant, KORDION COUSINS, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transport a firearm, that is, at least one of the following:

- 29 Glock 45 pistols

to, A.Q., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Georgia, the State in which the defendant was residing at the time of the aforesaid transportation of the firearm, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## Forfeiture

Upon conviction of the sole offense alleged in this Indictment, the defendant, KORDION COUSINS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

LAUREN E. RENAUD
*Assistant United States Attorney*
Georgia Bar No. 241250

ERIC W. BOYLAN
*Assistant United States Attorney*
Georgia Bar No. 989422

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181